KEVIN S. ROSEN (SBN 133304)
KRosen@gibsondunn.com
CRAIG H. MILLET (SBN 106027)
CMillet@gibsondunn.com
MICHAEL B. SMITH (SBN 235764)
MSmith@gibsondunn.com
DOUGLAS S. LEVIN (SBN 253951)
DLevin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Appellant Bryan Cave LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ESTATE FINANCIAL INC.,<br><br>      Debtor. | CASE NO. 2:11-CV-07109-SJO<br><br>[Regarding Chapter 11 Bankruptcy Case No. 9:08-bk-11457-RR]<br><br>The Hon. S. James Otero |
| BRYAN CAVE LLP,<br><br>      Appellant,<br><br>     vs.<br><br>THOMAS P. JEREMIASSEN, Trustee for the estate of Estate Financial, Inc.,<br><br>      Appellee. | **NOTICE OF FILING OF ORDER BEING APPEALED FROM PURSUANT TO COURT ORDER**<br><br>[No Hearing Required] |

Gibson, Dunn &
Crutcher LLP

**PLEASE TAKE NOTICE** that, pursuant to this Court's Notice Regarding Appeal From Bankruptcy Court, filed on August 29, 2011 in the above-captioned case (Dkt. No. 1), Appellant Bryan Cave LLP ("Bryan Cave") hereby files the order being appealed from which is attached hereto as **Exhibit A**.

DATED:  August 30, 2011

KEVIN S. ROSEN
CRAIG H. MILLET
MICHAEL B. SMITH
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Douglas S. Levin*
     Douglas S. Levin

Attorneys for Appellant Bryan Cave LLP

Gibson, Dunn &
Crutcher LLP

1

# EXHIBIT A

```
 1 │ LARRY W. GABRIEL [SBN 68329]
   │ STEVEN T. GUBNER [SBN 15659]
 2 │ COREY R. WEBER [SBN 205912]
   │ EZRA BRUTZKUS GUBNER LLP
 3 │ 21650 Oxnard Street, Suite 500
   │ Woodland Hills, California  91367
 4 │ Telephone:  (818) 827-9000
   │ Facsimile:    (818) 827-9099
 5 │
   │ Special Litigation Counsel for Plaintiff,
 6 │ Thomas P. Jeremiassen, Chapter 11 Trustee
```

FILED & ENTERED

AUG 10 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY william    DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re | Case No. 9:08-bk-11457-RR |
| **ESTATE FINANCIAL, INC.,** | Chapter 11 |
| Debtor. | **ORDER DENYING BRYAN CAVE, LLP's MOTION FOR ORDER WITHDRAWING CLAIM NO. 69-1 WITH PREJUDICE** |
| | (Proposed) |

The Motion of Bryan Cave, LLP ("Bryan Cave") For Order Withdrawing Claim No. 69-1 With Prejudice came on for hearing on July 15, 2011, at 10:00 a.m. in the above entitled Court, and after consideration of the motion of Bryan Cave, the opposition filed by the EFI Trustee, and the reply filed by Bryan Cave, with the court's findings on the record,

IT IS HEREBY ORDERED that the Motion of Bryan Cave For Order Withdrawing Claim No. 69-1 is DENIED without prejudice.

###

_Robin Riblet_

DATED: August 10, 2011

United States Bankruptcy Judge

1

| In re: Estate Financial, Inc.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 9:08-bk-11457-RR |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled **ORDER DENYING BRYAN CAVE, LLP'S MOTION FOR ORDER WITHDRAWING CLAIM NO. 69-1 WITH PREJUDICE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 26, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA U.S. MAIL**
Honorable Robin L. Riblet
United States Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, CA  93101-2511

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 26, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

James L. Sanders -  jsanders@reedsmith.com
Francisca M. Mok - fmok@reedsmith.com
Michelle L. Cheng - mlyu@reedsmith.com
Jennifer L. Nelson - jlnelson@reedsmith.com
Craig H. Millet - cmillet@gibsondunn.com
Kevin S. Rosen -  krosen@gibsondunn.com
Michael Smith - msmith@gibsondunn.com

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 26, 2011 | JESSICA ROEL | /s/ Jessica Roel |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: Estate Financial, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:08-bk-11457-RR |

**III. SERVED BY EMAIL**

- Thomas M Geher    tmg@jmbm.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com
- Jennifer L. Nelson    jlnelson@reedsmith.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Franklin C Adams    franklin.adams@bbklaw.com,
  arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com
- William C. Beall    , bbassist@beallandburkhardt.com;carissa@beallandburkhardt.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Martin J. Brill    mjb@lnbrb.com
- James L. Brunello    kateover66@yahoo.com
- Jerome S. Cohen    jsc@jscbklaw.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- John D. Faucher    john@hurlbettfaucher.com, FaucherECF@gmail.com
- Brian D. Fittipaldi    brian.fittipaldi@usdoj.gov
- John W Fricks    jfricks@ogdenfricks.com
- Thomas M. Geher    tmg@jmbm.com
- Thomas W. Gillen    bigtomgil@aol.com
- David Gould    dgould@gglawllp.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Jacqueline A Gruber    ecfcacb@piteduncan.com
- Ralph P Guenther    rguenther@montereylaw.com
- David R Haberbush    dhaberbush@lbinsolvency.com
- Asa S. Hami    ahami@sulmeyerlaw.com
- Brian M Kandel    brian.kandel@bookandbook.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Mark J. Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Lewis R. Landau    lew@landaunet.com
- Rene Lastreto    rl2@lrplaw.net
- John T. Madden    jmadden@wgllp.com
- Samuel R. Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Alexis M. McGinness    amm@jmbm.com, vr@jmbm.com
- Krikor J. Meshefejian    kjm@lnbrb.com
- Jeffrey P. Nolan    jnolan@pszjlaw.com
- Robert B. Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- David M. Poitras    dpoitras@jmbm.com
- Dean G. Rallis Jr    drallis@sulmeyerlaw.com
- Edwin J. Rambuski    rambuskilaw@sbcglobal.net
- Paul F. Ready    tamara@farmerandready.com
- Martha E. Romero    Romero@mromerolawfirm.com
- Kenneth N. Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- John M. Samberg    jsamberg@sulmeyerlaw.com
- Evan D. Smiley    esmiley@wgllp.com
- Peter Susi    cheryl@msmlaw.com, peter@msmlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Edward T Weber    bknotice@rcolegal.com

3

- Katherine M. Windler    katherine.windler@bryancave.com
- Jennifer C. Wong    bknotice@mccarthyholthus.com
- Kelly A. Woodruff    kwoodruff@fbm.com
- Jonathan R. Zeko    jzeko@grantandzeko.com

## II. **SERVED BY U.S. MAIL**

Debtor
Estate Financial Inc.
806 9th Street, Suite 1A
Paso Robles, CA  93446

Conselho Supremo Da Sociedade Do Espirito
1120 E. 14th St
San Leandro, CA 94577-4545

James Adams
826 Vales Street
Santa Barbara, CA 93109

Michael Adler
c/o Goe & Forsythe, LLP
18101 Von Karman Ave., Ste 510
Irvine, CA 92612

Lorraine Marie Alltounian
P. O. Box 403
Pismo Beach, CA 93448-0403

Anderson, McPharlin & Conners LLP
Mark E. Aronson, Esq
444 S. Flower St., 31st Fl
Los Angeles, CA 90071-2901

BSB Design Inc
Attn: James Grundmeier
6601 Westown Parkway Ste 240
West Des Moines, IA 50266

Shelley J. Baier
2105 Vine Street
Paso Robles, CA 93446

Bernard L. Baker
438 Via De La Luz
Thousand Oaks, CA 91320

Carolyn A. Baker
438 Via De La Luz
Thousand Oaks, CA 91320

Linda A. Barlow
2700 N.Main St # 850
Santa Ana, CA 92705-6638

Andrew Berwick
819 Chelham Way
Santa Barbara, CA 93108

Ann Brown
10624 Colorado Road
Atascadero, CA 93422

Cheryl Brown
4773 Bodega Avenue
Petaluma, CA 94952

Elizabeth Anne Butterworth
721 Jasmine
Corona del Mar, CA 92625

Calaveras Lumber Company
c/o Steven S Altman
1127 12th St., Ste 104
Modesto, CA 95353

California Plastering Inc
c/o Jina A Nam/Green & Campbell
1777 E. Los Angeles Ave., Ste 201
Simi Valley, CA 93065

Bryan Cave LLP
c/o Katherine M. Windler
120 Broadway, Suite 330
Santa Monica, CA  90401

Robert Clark
1701 Fern Hollow Drive
Diamond Bar, CA 91765

Patricia Cullinan
13505 Old Morro Rd.
Atascadero, CA 93422

Adam M. Daner
Daner Law Firm, APLC
5855 Capistrano Ave., Ste G
Atascadero, CA 93422

Donna L. Wobber
Donald R. Wobber
560 Grove Acre Ave.
Pacific Grove, CA 93950

| | |
|---|---|
| Karen A. Barstow<br>930 Brookhill Rd.<br>Paso Robles, CA 93446 | Farella Braun + Martel LLP<br>c/o Mark D. Petersen<br>235 Montgomery St.<br>San Francisco, CA 94104 |
| Gary Schaeffer<br>P.O. Box 2376<br>Atascadero, CA 93423-2376 | P. Randolph Finch<br>8620 Spectrum Center Blvd., Ste 900<br>San Diego, CA 92123-1454 |
| Jon F. Gauthier<br>8620 Spectrum Center Blvd Ste 900<br>San Diego, CA 92123-1454 | Kurt G. Stone, Trustee of the Zalusky Trust<br>126 Longfellow Ct.<br>Thousand Oaks, CA 91360 |
| Jon F. Gauthier<br>Marks Golia & Finch LLP<br>8620 Spectrum Center Blvd Ste 900<br>San Diego, CA 92123-1454 | LECG LLC<br>201 S. Main St., Ste 450<br>Salt Lake City, UT 84111 |
| George and Cathy Hoxie<br>3386 Herrier St.<br>Oakland, CA 94602 | LECG LLC<br>2049 Century Park East<br>Ste 2300<br>Los Angeles, CA 90067 |
| Robert P. Goe, Esq.<br>Goe & Forsythe LLP<br>18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 | Lance E. Mason<br>1212 Calle Cerrito<br>Santa Barbara, CA 93101 |
| Haribol Siddhadas<br>GrassRoots Fine Gardening<br>3463 State St.<br>Santa Barbara, CA 93105-2552 | Lewis R. Landau<br>Atty for Estate Financial Mortgage Fund<br>23564 Calabasas Road, Ste. 104<br>Calabasas, CA 91302 |
| Highwater Granada Hills, LLC<br>c/o Byron Z. Moldo, Esq.<br>Moldo Davidson et al.<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 | Lauderdale Law Offices<br>150 Carmelito Ave<br>Monterey, CA 93940 |
| Investment Trends LLC<br>4455 Via Bendita<br>Santa Barbara, CA 93110 | MACC Foundation<br>c/o Goe & Forsythe, LLP<br>18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 |
| Thomas P Jeremiassen (TR)<br>LECG LLC<br>2049 Century Park East 2300<br>Los Angeles, CA 90067 | Gail Marshall-Arnold<br>515 Vardon Ct.<br>Nipomo, CA 93444 |
| David A. Juhnke<br>Sinsheimer Juhnke Lebens McIvor LLP<br>1010 Peach Street<br>San Luis Obispo, CA 93401 | Daniel J Mash<br>Mash & Bahrick<br>1960 The Alameda, Ste 20<br>San Jose, CA 95126 |
| Louise Kalsham<br>440 Kerwin<br>Cambria, CA 93428 | Mitch Brown Construction, Inc.<br>14200 Road 284<br>Porterville, CA 93257 |
| | Charles W.Murray<br>2853 Johnson Ave.<br>San Luis Obispo, CA 93401-5802 |

| | | |
|---|---|---|
| 1 | Jared M. Katz<br>Mullen & Henzell LLP | Jina A. Nam<br>18000 Studebaker Rd., Ste 700 |
| 2 | 112 E Victoria St., PO 789<br>Santa Barbara, CA 93102-0789 | Cerritos, CA 90703 |
| 3 | | Sidney H. Zusman<br>465 California St., # 500 |
| 4 | Pensco Trust Company FBO Kay Tomamichel<br>c/o Goe & Forsythe, LLP | San Francisco, CA 94104 |
| 5 | 18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 | Chapter 11 Trustee for EFMF<br>Bradley N. Sharp |
| 6 | Carol Pimentel<br>3 Vineyard Place | 333 S. Grand Avenue<br>Los Angeles, CA 90071 |
| 7 | Ashville, NC 28804 | Committee Member |
| 8 | Scott and Bonnie Drimmel<br>22704 NE 182nd Ave. | Jim W. Davis<br>PO Box 15 |
| 9 | Battle Ground, WA 98604 | Lemoore, CA 93245 |
| 10 | Steven C. Smith<br>Smith, Chapman & Campbell | Committee Member<br>Thomas K. Schultheis |
| 11 | 1800 N Broadway, Ste 200<br>Santa Ana, CA 92706 | 4455 Via Bendita<br>Santa Barbara, CA 93110 |
| 12 | State Comp Ins Fund<br>PO Box 9102 | Committee Member<br>Sherri G. Bell |
| 13 | Pleasanton, CA 94566-9102 | 2345 Kendal Lane<br>Cambria, CA 93428 |
| 14 | The Investment Company<br>139 Via Fuchsia | Committee Member |
| 15 | Paso Robles, CA 93446 | John G. Henry, M.D.<br>1905 Hidden Valley Road |
| 16 | Kay Tomamichel<br>c/o Goe & Forsythe, LLP | Templeton, CA 93465 |
| 17 | 18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 | Atty for Creditor Tom Besmer<br>Construction, Inc. |
| 18 | Alice E. White | Jeffrey D. Rowe<br>Law Offices of Jeffrey D. Rowe |
| 19 | Trustee for Alice E. White Trust<br>158 Via Robles | 23377 West Shaw Avenue, Suite101<br>Fresno, CA 93711 |
| 20 | Paso Robles, CA 93446-3926 | Attys for California Plastering, Inc. |
| 21 | Kenneth D. Willett<br>786 Oxen St. | Todd M. Wolfe, Esq.<br>Green & Campbell, LLP |
| 22 | Paso Robles, CA 93446 | 1777 E. Los Angeles Avenue, Suite 201<br>Simi Valley, CA 93065 |
| 23 | Shane Williams<br>2259 Florence Ave. | Counsel for Centennial Livestock |
| 24 | San Luis Obispo, CA 93401 | Roger Frederickson, Esq.<br>Sinsheimer, Juhnke, Lebens & McIvor |
| 25 | Johnathan R Zeko<br>GRANT & ZEKO APC | 1010 Peach Street<br>San Luis Obispo, CA 93406 |
| 26 | 1331 India St.<br>San Diego, CA 92101 | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Pensco Trust Company Custodian |
| 2 | FBO Michael Adler<br>c/o Goe & Forsythe, LLP<br>18101 Von Karman Ave., Ste 510 |
| 3 | Irvine, CA  92612 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re: Estate Financial, Inc. | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 9:08-bk-11457-RR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING BRYAN CAVE, LLPS MOTION FOR ORDER WITHDRAWING CLAIM NO. 69-1 WITH PREJUDICE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 26, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Thomas M Geher    tmg@jmbm.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com
- Jennifer L. Nelson    jlnelson@reedsmith.com
- Larry W. Gabriel    lgabriel@ebg-law.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

8

| | | |
|---|---|---|
| In re: Estate Financial, Inc. | Debtor(s). | CHAPTER 11<br>CASE NUMBER 9:08-bk-11457-RR |

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com
- William C. Beall    , bbassist@beallandburkhardt.com;carissa@beallandburkhardt.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Martin J. Brill    mjb@lnbrb.com
- James L. Brunello    kateover66@yahoo.com
- Jerome S. Cohen    jsc@jscbklaw.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- John D. Faucher    john@hurlbettfaucher.com, FaucherECF@gmail.com
- Brian D. Fittipaldi    brian.fittipaldi@usdoj.gov
- John W Fricks    jfricks@ogdenfricks.com
- Thomas M. Geher    tmg@jmbm.com
- Thomas W. Gillen    bigtomgil@aol.com
- David Gould    dgould@gglawllp.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Jacqueline A Gruber    ecfcacb@piteduncan.com
- Ralph P Guenther    rguenther@montereylaw.com
- David R Haberbush    dhaberbush@lbinsolvency.com
- Asa S. Hami    ahami@sulmeyerlaw.com
- Brian M Kandel    brian.kandel@bookandbook.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Mark J. Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Lewis R. Landau    lew@landaunet.com
- Rene Lastreto    rl2@lrplaw.net
- John T. Madden    jmadden@wgllp.com
- Samuel R. Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Alexis M. McGinness    amm@jmbm.com, vr@jmbm.com
- Krikor J. Meshefejian    kjm@lnbrb.com
- Jeffrey P. Nolan    jnolan@pszjlaw.com
- Robert B. Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- David M. Poitras    dpoitras@jmbm.com
- Dean G. Rallis Jr    drallis@sulmeyerlaw.com
- Edwin J. Rambuski    rambuskilaw@sbcglobal.net
- Paul F. Ready    tamara@farmerandready.com
- Martha E. Romero    Romero@mromerolawfirm.com
- Kenneth N. Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- John M. Samberg    jsamberg@sulmeyerlaw.com
- Evan D. Smiley    esmiley@wgllp.com
- Peter Susi    cheryl@msmlaw.com, peter@msmlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Edward T Weber    bknotice@rcolegal.com
- Katherine M. Windler    katherine.windler@bryancave.com
- Jennifer C. Wong    bknotice@mccarthyholthus.com
- Kelly A. Woodruff    kwoodruff@fbm.com
- Jonathan R. Zeko    jzeko@grantandzeko.com

9

**III. TO BE SERVED BY THE LODGING PARTY VIA U.S. MAIL**

<u>Debtor</u>
Estate Financial Inc.
806 9th Street, Suite 1A
Paso Robles, CA  93446

Conselho Supremo Da Sociedade Do Espirito
1120 E. 14th St
San Leandro, CA 94577-4545

James Adams
826 Vales Street
Santa Barbara, CA 93109

Michael Adler
c/o Goe & Forsythe, LLP
18101 Von Karman Ave., Ste 510
Irvine, CA 92612

Lorraine Marie Alltounian
P. O. Box 403
Pismo Beach, CA 93448-0403

Anderson, McPharlin & Conners LLP
Mark E. Aronson, Esq
444 S. Flower St., 31st Fl
Los Angeles, CA 90071-2901

BSB Design Inc
Attn: James Grundmeier
6601 Westown Parkway Ste 240
West Des Moines, IA 50266

Shelley J. Baier
2105 Vine Street
Paso Robles, CA 93446

Bernard L. Baker
438 Via De La Luz
Thousand Oaks, CA 91320

Carolyn A. Baker
438 Via De La Luz
Thousand Oaks, CA 91320

Linda A. Barlow
2700 N.Main St # 850
Santa Ana, CA 92705-6638

Karen A. Barstow
930 Brookhill Rd.
Paso Robles, CA 93446

Andrew Berwick
819 Chelham Way
Santa Barbara, CA 93108

Ann Brown
10624 Colorado Road
Atascadero, CA 93422

Cheryl Brown
4773 Bodega Avenue
Petaluma, CA 94952

Elizabeth Anne Butterworth
721 Jasmine
Corona del Mar, CA 92625

Calaveras Lumber Company
c/o Steven S Altman
1127 12th St., Ste 104
Modesto, CA 95353

California Plastering Inc
c/o Jina A Nam/Green & Campbell
1777 E. Los Angeles Ave., Ste 201
Simi Valley, CA 93065

Bryan Cave LLP
c/o Katherine M. Windler
120 Broadway, Suite 330
Santa Monica, CA  90401

Robert Clark
1701 Fern Hollow Drive
Diamond Bar, CA 91765

Patricia Cullinan
13505 Old Morro Rd.
Atascadero, CA 93422

Adam M. Daner
Daner Law Firm, APLC
5855 Capistrano Ave., Ste G
Atascadero, CA 93422

Donna L. Wobber
Donald R. Wobber
560 Grove Acre Ave.
Pacific Grove, CA 93950

Farella Braun + Martel LLP
c/o Mark D. Petersen
235 Montgomery St.
San Francisco, CA 94104

| | | |
|---|---|---|
| 1 | Gary Schaeffer<br>P.O. Box 2376<br>Atascadero, CA 93423-2376 | P. Randolph Finch<br>8620 Spectrum Center Blvd., Ste 900<br>San Diego, CA 92123-1454 |
| 2 | | |
| 3 | Jon F. Gauthier<br>8620 Spectrum Center Blvd Ste 900<br>San Diego, CA 92123-1454 | Kurt G. Stone, Trustee of the Zalusky Trust<br>126 Longfellow Ct.<br>Thousand Oaks, CA 91360 |
| 4 | | |
| 5 | Jon F. Gauthier<br>Marks Golia & Finch LLP<br>8620 Spectrum Center Blvd Ste 900<br>San Diego, CA 92123-1454 | LECG LLC<br>201 S. Main St., Ste 450<br>Salt Lake City, UT 84111 |
| 6 | | |
| 7 | George and Cathy Hoxie<br>3386 Herrier St.<br>Oakland, CA 94602 | LECG LLC<br>2049 Century Park East<br>Ste 2300<br>Los Angeles, CA 90067 |
| 8 | | |
| 9 | Robert P. Goe, Esq.<br>Goe & Forsythe LLP<br>18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 | Lance E. Mason<br>1212 Calle Cerrito<br>Santa Barbara, CA 93101 |
| 10 | | |
| 11 | Haribol Siddhadas<br>GrassRoots Fine Gardening<br>3463 State St.<br>Santa Barbara, CA 93105-2552 | Lewis R. Landau<br>Atty for Estate Financial Mortgage Fund<br>23564 Calabasas Road, Ste. 104<br>Calabasas, CA 91302 |
| 12 | | |
| 13 | | |
| 14 | Highwater Granada Hills, LLC<br>c/o Byron Z. Moldo, Esq.<br>Moldo Davidson et al.<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 | Lauderdale Law Offices<br>150 Carmelito Ave<br>Monterey, CA 93940 |
| 15 | | MACC Foundation<br>c/o Goe & Forsythe, LLP<br>18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 |
| 16 | | |
| 17 | Investment Trends LLC<br>4455 Via Bendita<br>Santa Barbara, CA 93110 | |
| 18 | | Gail Marshall-Arnold<br>515 Vardon Ct.<br>Nipomo, CA 93444 |
| 19 | Thomas P Jeremiassen (TR)<br>LECG LLC<br>2049 Century Park East 2300<br>Los Angeles, CA 90067 | Daniel J Mash<br>Mash & Bahrick<br>1960 The Alameda, Ste 20<br>San Jose, CA 95126 |
| 20 | | |
| 21 | | |
| 22 | David A. Juhnke<br>Sinsheimer Juhnke Lebens McIvor LLP<br>1010 Peach Street<br>San Luis Obispo, CA 93401 | Mitch Brown Construction, Inc.<br>14200 Road 284<br>Porterville, CA 93257 |
| 23 | | |
| 24 | Louise Kalsham<br>440 Kerwin<br>Cambria, CA 93428 | Charles W.Murray<br>2853 Johnson Ave.<br>San Luis Obispo, CA 93401-5802 |
| 25 | | |
| 26 | Jared M. Katz<br>Mullen & Henzell LLP<br>112 E Victoria St., PO 789<br>Santa Barbara, CA 93102-0789 | Jina A. Nam<br>18000 Studebaker Rd., Ste 700<br>Cerritos, CA 90703 |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Pensco Trust Company FBO Kay Tomamichel<br>c/o Goe & Forsythe, LLP<br>18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 | Sidney H. Zusman<br>465 California St., # 500<br>San Francisco, CA 94104 |
| | Chapter 11 Trustee for EFMF<br>Bradley N. Sharp<br>333 S. Grand Avenue<br>Los Angeles, CA 90071 |
| Carol Pimentel<br>3 Vineyard Place<br>Ashville, NC 28804 | |
| Scott and Bonnie Drimmel<br>22704 NE 182nd Ave.<br>Battle Ground, WA 98604 | Committee Member<br>Jim W. Davis<br>PO Box 15<br>Lemoore, CA  93245 |
| Steven C. Smith<br>Smith, Chapman & Campbell<br>1800 N Broadway, Ste 200<br>Santa Ana, CA 92706 | Committee Member<br>Thomas K. Schulthers<br>4455 Via Bendita<br>Santa Barbara, CA  93110 |
| State Comp Ins Fund<br>PO Box 9102<br>Pleasanton, CA 94566-9102 | Committee Member<br>Sherri G. Bell<br>2345 Kendal Lane<br>Cambria, CA  93428 |
| The Investment Company<br>139 Via Fuchsia<br>Paso Robles, CA 93446 | Committee Member<br>John G. Henry, M.D.<br>1905 Hidden Valley Road<br>Templeton, CA  93465 |
| Kay Tomamichel<br>c/o Goe & Forsythe, LLP<br>18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 | Atty for Creditor Tom Besmer<br>Construction, Inc.<br>Jeffrey D. Rowe<br>Law Offices of Jeffrey D. Rowe<br>23377 West Shaw Avenue, Suite101<br>Fresno, CA  93711 |
| Alice E. White<br>Trustee for Alice E. White Trust<br>158 Via Robles<br>Paso Robles, CA 93446-3926 | |
| Kenneth D. Willett<br>786 Oxen St.<br>Paso Robles, CA 93446 | Attys for California Plastering, Inc.<br>Todd M. Wolfe, Esq.<br>Green & Campbell, LLP<br>1777 E. Los Angeles Avenue, Suite 201<br>Simi Valley, CA  93065 |
| Shane Williams<br>2259 Florence Ave.<br>San Luis Obispo, CA 93401 | Counsel for Centennial Livestock<br>Roger Frederickson, Esq.<br>Sinsheimer, Juhnke, Lebens & McIvor<br>1010 Peach Street<br>San Luis Obispo, CA  93406 |
| Johnathan R Zeko<br>GRANT & ZEKO APC<br>1331 India St.<br>San Diego, CA 92101 | |
| Pensco Trust Company Custodian<br>FBO Michael Adler<br>c/o Goe & Forsythe, LLP<br>18101 Von Karman Ave., Ste 510<br>Irvine, CA 92612 | |

# PROOF OF SERVICE

I, Pam Crawford, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Ste. 1200, Irvine, CA 92612, in said County and State. On August 30, 201, I served the following document(s):

## NOTICE OF FILING OF ORDER BEING APPEALED FROM PURSUANT TO COURT ORDER

on the parties stated below, by the following means of service:

- **Craig H Millet**
  cmillet@gibsondunn.com,pcrawford
  @gibsondunn.com
- **Kevin S Rosen**
  krosen@gibsondunn.com
- **Michael B Smith**
  msmith@gibsondunn.com,msawyier
  @gibsondunn.com
- **Corey Ryan Weber**
  cweber@ebg-law.com

☐ **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at [City, State].

☐ **BY MESSENGER SERVICE**: I placed a true copy in a sealed envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service for delivery before 5:00 p.m. on the above-mentioned date. *(A declaration by the messenger must accompany this Proof of Service.)*

☐ **BY FAX TRANSMISSION**: Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above at [time] [am/pm] on [date]. The telephone number of the sending fax machine is [number] No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. This transmission report was properly issue by the sending fax machine.

☐ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☐ **BY LEXISNEXIS**: I provided the document(s) listed above electronically to LexisNexis through the LexisNexis

File & Serve website pursuant to the order authorizing electronic service and the instructions on that website.

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☐ **BY ELECTRONIC SERVICE**: On the above-mentioned date at [time] [am/pm], based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☐ I am employed in the office of [attorney name], a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2011.

_____
/s/ Pam Crawford
Pam Crawford

Gibson, Dunn &
Crutcher LLP

2